**John J. BOWMAN, Jr., Plaintiff–Appellant,**

v.

**Anya KOVSLEK; Joel Ziegler; G. Esparza; Robert Trybus; Jeffrey Duranko; Robert Roff; Matthew Geyer; Eric Elza; Dane Zimmerman; Brian Callihan; Veronica Fernandez; Kenny Adams; D. Shaw, Defendants–Appellees.**

No. 10–2336.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 10, 2011.

Decided: Feb. 16, 2011.

John J. Bowman, Jr., Appellant Pro Se. Alan McGonigal, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John J. Bowman, Jr., seeks to appeal the district court's order granting the Appellees an extension of time in which to respond to Bowman's complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Bowman seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*